IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR28** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DAVID L. JOHNSON, JR.,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to reduce his sentence as a result of the amendments to the crack cocaine sentencing guidelines (Filing No. 69).

The Defendant was sentenced under the 2008 sentencing guidelines and, therefore, he received the benefit of the most recent amendments to the crack cocaine guidelines. He is not entitled to any reduction in his sentence.

IT IS ORDERED:

1. The Defendant's motion to reduce his sentence (Filing No. 69) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 21st day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge