# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR28** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID L. JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant David L. Johnson's letter addressed to the Clerk of Court (Filing No. 102), which has been docketed as a motion for copies. Defendant requests the "total outcome of every single Motion" and specifically references his Motion for Downward Departure or Deviation from the Advisory Sentencing Guidelines (Filing No. 59). Upon review of the docket sheet, the Court notes the motion was denied in a Text Minute Entry filed on October 19, 2009, found at Filing No. 62, but the filing number of motion for departure (Filing No. 59) was not referenced in the Text Minute Entry. Therefore, the Court will order the Clerk to prepare an amended Text Minute Entry, amending Filing No. 62, and to send the Defendant a copy of this order and the amended entry. The rest of the Defendant's motion for copies will be denied. Accordingly,

IT IS ORDERED:

1. The Defendant David Johnson's letter filed as a motion for copies (Filing No. 102) will be granted in part;

2. The Clerk shall amend the October 19, 2009, Text Minute Entry (Filing No. 62) through an amended entry to reflect that the Defendant's Motion for Downward Departure or Deviation from the Advisory Sentencing Guidelines (Filing No. 59) was denied; and

3. The Clerk shall mail copies of this Order and the Amended Text Minute Entry to the Defendant at his last known address.

DATED this 24th day of April, 2013.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge